UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00003-JAW; |
| | ) | 1:16-cr-00167-JAW |
| ROBERT GOGUEN | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 22, 2017, Robert Goguen moved to suppress all evidence obtained from the search of a laptop computer taken from his home by his probation officer and all evidence obtained as a result of the subsequent search warrant (ECF No. 174; ECF No. 21).[1] The United States Magistrate Judge filed with the Court on May 5, 2017 his Recommended Decision (ECF No. 186; ECF No. 44). Mr. Goguen filed his objections to the Recommended Decision on May 19, 2017 (ECF No. 187; ECF No. 45). The Government responded to Mr. Goguen's objections on May 22, 2017 (ECF No. 188; ECF No. 46).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the

---

[1] Following the search of the laptop computer seized from Mr. Goguen's apartment, the Government moved to revoke Mr. Goguen's conditions of supervised release (1:11-cr-00003-JAW) and also separately charged Mr. Goguen with one count of possession of child pornography (1:16-cr-00167-JAW). Mr. Goguen filed his motion to suppress in both matters. The Court refers first to the relevant docket number for case number 1:11-cr-00003-JAW and second to the relevant docket number for case number 1:16-cr-00167-JAW.

Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision on Motion to Suppress (ECF No. 186; ECF No. 44) be and hereby is AFFIRMED.

2. It is further ORDERED that the Defendant's Motion to Suppress Evidence Regarding New Criminal Charges and Supervise Release Revocation Hearing (ECF No. 174; ECF No. 21) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2017